No. 498. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* FOUR COUNTIES WATER USERS ASSOCIATION ET AL. Sup. Ct. Colo. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Kenneth Balcomb, Edward Mulhall, Jr.,* and *Robert L. McCarty* for petitioners. *Clarence L. Ireland* for Four Counties Water Users Association, and *J. Fred Schneider* for Matheson, respondents. *Solicitor General Griswold* filed a memorandum for the United States, by invitation of the Court, *ante,* p. 924.

No. 766. MILLER *v.* SHELL OIL Co. C. A. 10th Cir. Motion to strike respondent's brief in opposition denied. Certiorari denied. *William R. Federici* for respondent.

No. 851. PACIFIC SCIENTIFIC Co. *v.* AEROTEC INDUSTRIES OF CALIFORNIA ET AL. C. A. 9th Cir. Motion of Strategic Industries Association for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *Francis R. Kirkham, Francis N. Marshall* and *C. Russell Hale* for petitioner. *Casimir A. Miketta* for respondents.

No. 860. LEVY *v.* RESOR, SECRETARY OF THE ARMY, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Charles Morgan, Jr., Anthony G. Amsterdam, Alan H. Levine* and *Melvin L. Wulf* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondents.